UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 13-30020 |
| | ) | |
| vs. | ) | VIOLATION: |
| | ) | |
| MIOSOTTIS GONZALEZ, | ) | 18 U.S.C. § 371 |
| | ) | (Conspiracy to Commit |
| Defendant. | ) | Health Care Fraud) |
| | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE** - Title 18, United States Code, Section 371-
Conspiracy to Commit Health Care Fraud

1. Beginning in or about August 2006, and continuing to in or about August 2011, in the District of Massachusetts and elsewhere, the defendant,

**MIOSOTTIS GONZALEZ**

and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree to commit the following offense against the United States: to execute a scheme and artifice to defraud MassHealth, a health care benefit program, in connection with the delivery of and payment for health care benefits, items, or services, and to obtain by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of MassHealth, in violation of Title 18, United States Code, Section 1347.

## **GENERAL ALLEGATIONS**

At all times relevant to this Information:

### **The Defendant**

2. The defendant, **MIOSOTTIS GONZALEZ**, was a resident of Holyoke, Massachusetts and a relative of individuals who were approved to receive publically funded Personal Care Attendant ("PCA") services.

### **The Personal Care Attendant Program**

3. The Commonwealth of Massachusetts provides health care services to some of its low-income residents through its federal Medicaid Program known as MassHealth. The costs of MassHealth are shared by the Commonwealth of Massachusetts and the federal government. MassHealth is a health care benefit program as defined in 18 U.S.C. § 24(b).

4. As part of its Medicaid Program, MassHealth offers a PCA Program, which helps individuals with permanent or chronic disabilities keep their independence, stay in the community, and manage their own personal care by providing funds to hire PCAs.

5. An individual may apply to receive PCA services if the individual is eligible for MassHealth, has a chronic or permanent disability, and needs physical assistance with two or more activities of daily living, such as mobility, bathing/grooming, dressing, range of motion exercises, taking medications, eating,

and toileting. Such an individual is referred to as a PCA consumer.

6. The PCA consumer is responsible for hiring, supervising, and, if applicable, firing the PCA. Among other things, the PCA consumer is responsible for signing the PCA's time sheets and certifying that the PCA performed the services during the times described on the time sheets. If the PCA consumer, because of age or disability, is unable to manage the PCA program, a surrogate is appointed to assume those responsibilities.

7. A PCA consumer may hire anyone as his or her PCA except for a spouse, surrogate, legally responsible relative, or parent or foster parent (if the consumer is a minor child).

### OBJECT OF THE CONSPIRACY

8. The object of the conspiracy was to obtain payments from MassHealth by submitting false time sheets seeking payments for PCA services that were not provided to MJ, RB, and AG.

### MANNER AND MEANS OF THE CONSPIRACY

9. It was part of the conspiracy that **MIOSOTTIS GONZALEZ** recruited her friends, RA, AD, and DA, to provide identification documents used to bill for PCA services for MJ, RB, and AG, which were not provided.

10. It was further part of the conspiracy that **MIOSOTTIS GONZALEZ** signed and submitted false time sheets in her own name

to obtain payment from MassHealth for PCA services for AG that she did not provide.

## OVERT ACTS

11. In furtherance of the conspiracy and to effect the object thereof, at least one of the conspirators committed at least one of the following overt acts, among others, in the District of Massachusetts and elsewhere:

12. In or about December 2006, **MIOSOTTIS GONZALEZ** provided a co-conspirator with identification information for AD, which was used to establish AD as a PCA for RB.

13. In or about May 2007, **MIOSOTTIS GONZALEZ**, provided a co-conspirator with identification information for RA, which was used to establish RA as a PCA for MJ and for RB.

14 On or about February 2008, **MIOSOTTIS GONZALES** caused MassHealth to be billed for PCA services for AG that were not provided.

All in violation of Title 18, United States Code, Section 371.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: *Karen L. Goodwin*
Karen L. Goodwin
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105-2926
413-785-0235

Dated: 4/1/13